BERLIN MILLS COMPANY *v.* POOLE & *Trs.*, GERRISH & *a.*, *Claimants.*

A written acceptance is essential, under Gen. Laws, *c.* 249, *s.* 48, to the validity against creditors of an order for future wages.

FOREIGN ATTACHMENT. Issue between the plaintiffs and the claimants. The defendant gave the claimants an order on the trustees for his wages as they became due. The trustees, on the presentation of the order for acceptance, made a memorandum of it and placed it in their files, but did not accept it in writing. They afterwards paid the claimants $26.25 on the order. Before the service of the writ on the trustees, they informed the plaintiffs of the order, and that they had not accepted it in writing.

*A. R. Evans*, for the claimants.

*A. S. Twitchell*, for the plaintiffs.

CARPENTER, J. The trustees must be charged. G. L., *c.* 249, *s.* 48; *Thompson* v. *Smith*, 57 N. H. 306. The order is for wages to be earned in the future, and by the express language of the statute an acceptance in writing is made essential to its validity. Whether, in analogy to the doctrine respecting the registry of deeds, notice to the creditor of an order conforming to the requirements of the statute would be equivalent to filing a copy with the town-clerk need not now be determined.

*Trustees charged.*

CLARK, J., did not sit: the others concurred.